IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01111-KLM

GEORGE SLEEMAN,

    Plaintiff,

v.

TERRY MAKETA, as Sheriff of El Paso County Sheriff's Office, and
EL PASO COUNTY SHERIFF'S OFFICE,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Entry of a Protective Order** [Docket No. 25; Filed September 21, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#25-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 21, 2012