IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01111-KLM

GEORGE SLEEMAN,

    Plaintiff,

v.

TERRY MAKETA, as Sheriff of El Paso County Sheriff's Office, and
EL PASO COUNTY SHERIFF'S OFFICE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation to Dismiss with Prejudice** [Docket No. 37; Filed May 9, 2013] (the "Stipulation"). In the Stipulation the parties inform the Court that they "have reached a settlement of all claims." *Stip.* [#37] at 1. They request dismissal with prejudice of this matter with each party bearing it own costs and attorneys' fees. *Id.*

    IT IS HEREBY **ORDERED** that all claims are **DISMISSED with prejudice**.

    IT IS FURTHER **ORDERED** that each party shall bear its own costs and attorney's fees incurred in this matter.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference/Trial Preparation Conference set on June 10, 2013 at 11:00 a.m. and the five-day Jury Trial set to begin on July 8, 2013 at 9:00 a.m. are **VACATED**. This action is hereby terminated.

    Dated:  May 10, 2013